United States District Court
Southern District of Texas
FILED

JUL 3 0 2013

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. |
| MARTIN PODIO | § | B-13-597 |

## INDICTMENT

THE GRAND JURY CHARGES:

From on or about July 1, 2013 to on or about July 6, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**MARTIN PODIO**

knowingly and with intent to defraud did use one or more unauthorized access devices namely, five (5) debit cards in the name of Angel Perez, during a one year period, said defendant did receive payment or obtain a thing or things having an aggregate value of $1,000.00 or more and said use and conduct affected interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2), 1029(c)(1)(A)(i) and Title 18 United States Code Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*Ana Cano for*
_____
ISRAEL CANO III
Assistant United States Attorney